**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| US BANK, | Case No. 2:13-CV-00503-APG-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS** |
| MICHAEL HARKEY, | **(Dkt. #13)** |
| Defendant. | |

Defendant Michael Harkey moves to expunge the lis pendens that he recorded against the property at 2220 Village Walk Drive, Unit 3315, Henderson, Nevada. A notice of lis pendens is a notice of a pending lawsuit affecting real property recorded in the county in which the property is located. Nev. Rev. Stat. § 14.010. Because I dismissed this action on October 8, 2013, no lawsuit remains pending to support the lis pendens. *Id.* § 14.015(3)(a). I therefore grant the motion and order the cancellation of the notice of lis pendens. I also order Harkey to record a copy of this order of cancellation with the Clark County Recorder's office. *Id.* § 14.015(5). Should he fail to do so within 30 days of entry of this order, US Bank may record this order. This cancellation has the same effect as an expungement of the original notice. *Id.*

IT IS THEREFORE ORDERED that Harkey's motion to expunge lis pendens (Dkt. #13) is GRANTED.

IT IS FURTHER ORDERED that plaintiff Michael Harkey shall record a copy of this cancellation order with the Clark County Recorder's Office within 30 days from the date of this order. Should she fail to do so within 30 days of entry of this order, US Bank may record this order.

DATED this 20th day of March, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE